# EXHIBIT A

# Training and Employment Agreement

This Training reimbursement agreement is entered into, effective May 10, 2021, between Ameriflight LLC as employer ("Ameriflight") and as trainee/employee ("Pilot").

## Statements

A. Ameriflight is a business operating under FAA regulations for Part 135 air cargo operations and headquartered out of Dallas International Airport in the state of Texas. Ameriflight provides services to customers across the United States and Puerto Rico with crew bases throughout the country.
B. Pilot represents that he or she is a licensed commercial pilot, with all necessary ratings and qualifications and the intention to become employed by Ameriflight.
C. In order to fly the Beechcraft 99 as a Captain the Pilot must undergo FAA Part 135 regulated Ameriflight training. Without such necessary training, the Pilot is unqualified to fly the Beechcraft 99 as a Captain. The Pilot is voluntarily entering the training program offered by Ameriflight in accordance with this agreement.
D. The costs of training provided to the Pilot under the terms of this agreement are a significant investment undertaken by Ameriflight of time, resources, and expense.
E. A significant dedication of time to Ameriflight is required by the Pilot in order to repay the cost of this training pursuant to this agreement.
F. Pilot career opportunities with Ameriflight as well as other potential employers is greatly advanced by the training and experience gained by the Pilot under this agreement.
G. Pilot agrees to fulfill all monetary or experience based agreements set forth in this document.
H. Ameriflight agrees to hire Pilot on at will basis in accordance with all Applicable Ameriflight pilot and employment work rules and based on the terms and conditions set forth in this agreement.

## Agreements

I. Training.
   a. Ameriflight will provide initial training of Captain qualified Pilot on the Beechcraft (the "Training"). Training will include e-learning, ground/indoctrination class, flight training, Simulator sessions, FAR 135 check ride, and initial operating experience (IOE) flights with a qualified Captain. All training expenses will be paid initially by Ameriflight, subject to repayment by the Pilot under the terms and conditions of this agreement.
II. During training, the Pilot shall be considered a trainee of Ameriflight.
III. Commencement of Employment. Pilot's employment will begin upon start of the Training program with Ameriflight.
IV. Compensation and Benefits.
   a. Pilot will be paid for 40 hours per week at the rate of $12.50 per hour during training.
   b. Upon successful completion of the Training, Pilot will be paid an annual salary in accordance with the Ameriflight Pilot Pay Matrix for their aircraft type, position and tenure.
   c. Accommodations will be provided by Ameriflight for assignments away from base.
   d. All Pilot pay will be in accordance with Ameriflight's company-wide standard accounting department policies.
   e. Pilot will be considered a fulltime, salary employee of Ameriflight and eligible to participate in company health, vision, dental, 401K retirement benefits, and all other benefits offered to Ameriflight pilot employees.
V. Duties and Responsibilities.
   a. General. Pilot shall be employed by Ameriflight to fly the Beechcraft 99 as directed by Ameriflight. Pilot shall be responsible for all Pilot in Command duties in accordance with FAA Part 135 rules and regulations, company standards and procedures. The Pilot duties will be explained in specific detail during the Training.
   b. Flight Schedule. The Pilot's flight schedule will be determined by Ameriflight in accordance with Company need and planning procedures.
VI. Limitations. During employment with Ameriflight, the Pilot shall only perform flight related services of monetary value for Ameriflight. Any recreational flying without compensation is excluded.
VII. Repayment of Training Expenses.
   a. Beginning on the date of this agreement, the cost of Ameriflight training (identified in Paragraph I.) is in total $20,000. Pilot agrees to repay Ameriflight for training costs defined if Pilot resigns employment or is terminated by Ameriflight for cause (as defined below in paragraph ) before the completion eighteen (18) months of revenue flying for Ameriflight.
   b. After twelve (12) months flown, Ameriflight will deduct $10,000 from the total Training cost repayment.
   c. Terminated for cause. Pilot is unable to perform duties of Ameriflight Pilot pursuant to company policies and FAA Part 135 regulations.

## Complete Agreement and Governing Law

This Agreement constitutes the entire agreement between the Company and Employee related to the matters herein contained and supersedes any prior oral or written discussions, agreements and representations made by the parties. This Agreement shall be governed and construed in accordance with the internal laws (and not the laws of conflict) of the State of Texas, irrespective of the fact that either party may become a resident of a different state.

AGREED TO BY AMERIFLIGHT LLC. AND PILOT AS OF THIS DATE:

Pilot:Kathleen Fredericks
30 Hollywoods Road
Mattapoisett, MA 02739

Pilot Signature:



24.41.148.2, 10.200.221.92
2021-04-24T00:10:48.000Z

AMERIFLIGHT LLC.
Sarah Hankla
Recruiter
1515 West 20th Street
DFW Airport TX. 75261