UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| KATHLEEN FREDERICKS, individually and on behalf of all others similarly situated,<br><br>    *Plaintiff*,<br><br>v.<br><br>AMERIFLIGHT, LLC,<br><br>    *Defendant*. | 3:23-cv-01757-X |

## **CERTIFICATE REGARDING JUDGE-SPECIFIC REQUIREMENTS**

I, the undersigned attorney, hereby certify that I have read and will comply with all judge-specific requirements for Judge Brantley Starr, United States District Judge for the Northern District of Texas.

I further certify that no portion of any filing in this case will be drafted by generative artificial intelligence or that any language drafted by generative artificial intelligence—including quotations, citations, paraphrased assertions, and legal analysis—will be checked for accuracy, using print reporters or traditional legal databases, by a human being before it is submitted to the Court.

I understand that any attorney who signs any filing in this case will be held responsible for the contents thereof according to applicable rules of attorney discipline, regardless of whether generative artificial intelligence drafted any portion of that filing.

                                           */s/ Rachel Smit*
                                           Rachel Smit
                                           *Application for Pro Hac Vice Admission Pending*
                                           FAIR WORK, P.C.
                                           192 South Street, Suite 450
                                           Boston, MA 02111
                                           Tel: (617) 841-8188
                                           Email: rachel@fairworklaw.com

                                           COUNSEL FOR PLAINTIFFS

Dated: August 28, 2023