IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

## Alternative Dispute Resolution Summary

**Provider must file a completed form, in duplicate, with the U.S. District Clerk within ten days of completion of the initial ADR session.**

1. Civil Action number: _____
2. Style of case: _____
3. Nature of suit: _____
4. Method of ADR used:  ☐ Mediation   ☐ Mini-Trial   ☐ Summary Jury Trial   Early Neutral Eval.
5. Date ADR session was held: _____
6. Outcome of ADR *(Select one)*:

    ☐ Parties did not use my services.   ☐ Settled, in part, as a result of ADR.
    ☐ Settled as a result of ADR.   ☐ Parties were unable to reach settlement.
    ☐ Continuing to work with parties to reach settlement *(Note: provider must file a supplemental ADR Summary upon conclusion of his/her services.)*

7. What was your TOTAL fee: _____
8. Duration of ADR: _____ (*e.g.*, one day, two hours)
9. Please list persons in attendance (including party association, *e.g.*, defendant, plaintiff):

*Please provide the names, addresses, and telephone number of counsel on the reverse of this form.*

10. Provider information:

_____                         _____
Signature                                                   Date

_____                         _____
Address                                                     Telephone

# Alternative Dispute Resolution Summary

*Continued*

**Please provide the names, addresses, and telephone numbers of counsel:**

| | |
|---|---|
| Name: _____ | Name: _____ |
| Firm: _____ | Firm: _____ |
| Address: _____ | Address: _____ |
| _____ | _____ |
| Phone: _____ | Phone: _____ |
| | |
| Name: _____ | Name: _____ |
| Firm: _____ | Firm: _____ |
| Address: _____ | Address: _____ |
| _____ | _____ |
| Phone: _____ | Phone: _____ |
| | |
| Name: _____ | Name: _____ |
| Firm: _____ | Firm: _____ |
| Address: _____ | Address: _____ |
| _____ | _____ |
| Phone: _____ | Phone: _____ |
| | |
| Name: _____ | Name: _____ |
| Firm: _____ | Firm: _____ |
| Address: _____ | Address: _____ |
| _____ | _____ |
| Phone: _____ | Phone: _____ |