UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| KATHLEEN FREDERICKS, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>AMERIFLIGHT, LLC,<br><br>*Defendant*. | §§§§§§§§§§§§ Civil Action No. 3:23-CV-1757-X |

**MEMORANDUM OPINION AND ORDER**

The Court has considered the Plaintiff's Unopposed Motion for Preliminary Approval of Class and Collective Action Settlement and is otherwise fully advised. (Doc. 178). The Court finds that the Motion is well taken and should be and hereby is **GRANTED**.

1) The Court preliminarily finds that the settlement is a fair and reasonable resolution of a bona fide dispute over the FLSA's provisions for the 19 opt-in plaintiffs;

2) As to the Rule 23 class, previously certified by the Court, the Court finds that the settlement appears to fall within the range of possible approval;

3) The Court approves the notice procedure and authorizes Plaintiff to issue notice to the collective and class in the forms attached to the parties' Settlement Agreement as Exhibits A-C;

1

4) The Court approves the distribution formula and payment procedure set forth in the parties' Settlement Agreement and this motion;

5) The Court directs the Plaintiff to file a petition for attorneys' fees and costs two weeks prior to the end of the objection period;

6) The Court schedules a final fairness and approval hearing to take place on May 11, 2026, at which time Plaintiff will report to the Court the results of the notice process and explain why this settlement should be given final approval and the settlement fund distributed.

**IT IS SO ORDERED** this 12th day of February, 2026.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE